No. A–306. Board of Curators of the University of Missouri et al. v. Horowitz. Application for stay of man-

---

date of the United States Court of Appeals for the Eighth Circuit, entered September 9, 1976, presented to MR. JUSTICE BLACKMUN, and by him referred to the Court, granted pending timely filing and disposition of petition for writ of certiorari.